UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

K-FAB, INC., et al.                                 :

      Plaintiffs                              :

v.                                                        :          CIVIL ACTION NO. 4:23-CV-01039

ROSCOMMON INSURANCE COMPANY, :          (MEHALCHICK, J.)

Et al.                                                  :

      Defendants                            :

## ORDER

AND NOW, this *19th* day of *March*, 2025, upon motion of Plaintiffs
It is hereby ORDERED:

The parties having advised the Court that a settlement has been reached, this matter is dismissed with prejudice.

The Court will retain jurisdiction for Thirty (30) days in the event it becomes necessary for the Court to consider any motions to enforce the parties settlement agreement.

Plaintiffs' counsel will advise the Court prior to the expiration of the thirty-day period if there is any reason to believe that Court action will be requested.

BY THE COURT:

*Karoline Mehalchick*

KAROLINE MEHALCHICK
United States District Judge